UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60210-CIV-O'SULLIVAN

ANDRX THERAPEUTICS, INC.,

    Plaintiff,

v.

MALLINKRODT, INC.,

    Defendant.
_____/

## **OMNIBUS ORDER**

THIS MATTER comes before the Court on the Defendant's Motion to Strike Expert Witness (DE# 117, 3/7/07); Plaintiff/Counterclaim Defendant's Supplemental Response/Surreply to Defendant Mallinckrodt Inc.'s Motion to Strike Expert Witness (DE# 128, 3/20/07); and Mallinckrodt Inc.'s Motion for Leave to File Response to Surreply (DE# 130, 3/21/07).  Having reviewed the parties' filings and having carefully considered the applicable law, it is

ORDERED AND ADJUDGED that the Plaintiff/Counterclaim Defendant's Supplemental Response/Surreply to Defendant Mallinckrodt Inc.'s Motion to Strike Expert Witness (DE# 128, 3/20/07) is **STRICKEN** for failure to seek leave of Court before filing the surreply.  It is further

ORDERED AND ADJUDGED that Mallinckrodt Inc.'s Motion for Leave to File Response to Surreply (DE# 130, 3/21/07) is **DENIED** as moot.  It is further

ORDERED AND ADJUDGED that the Defendant's Motion to Strike Expert Witness (DE# 117, 3/7/07) is **DENIED**.  An expert witness cannot be struck absent a

showing of prejudice. See Murphy v. Magnolia Elec. Power Ass'n, 639 F.2d 232 (5th Cir. 1981). There is no showing of prejudice as the plaintiff has now received the subject documents and there is sufficient time before trial for the plaintiff to re-depose Dr. Siporin. On or before, April 9, 2007, Dr. Siporin shall submit to an additional deposition regarding the documents that were not previously in the possession of the defendant at the time of Dr. Siporin's first deposition. The plaintiff shall pay the travel and deposition costs of Dr. Siporin and one of the defendant's counsel.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 26th day of March, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record